UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-60168-ALTMAN/Hunt

**MARK MESSINA,** *et al.*,

    *Plaintiffs*,

v.

**CITY OF FORT LAUDERDALE, FLORIDA,**
*a Florida municipal corporation*,

    *Defendant*.

_____/

**ORDER**

The Parties appeared at a Hearing [ECF No. 29] on April 9, 2021. For the reasons stated on the record at that Hearing, the Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [ECF No. 12] is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of April 2021.

                                              **ROY K. ALTMAN**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record