UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

MARK MESSINA and )
BERNARD McDONALD, )
                                                 )
  Plaintiffs, )
                                                 )
vs. )    Case No. 21-cv-60168-RKA
                                               )
CITY OF FORT LAUDERDALE, )
FLORIDA, a Florida municipal )
corporation, )
                                             )
  Defendant. )
_____)

**PLAINTIFFS'S CORRECTED UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs, by and through undersigned counsel, hereby move this Court in their **Corrected Motion**, for an extension of time until **May 5**, **2021**, (**not May 3** as requested in motion filed earlier today, *see* DE 41) to file their Reply to the Defendant's Response to Plaintiffs' Supplemental Memorandum of Law in Support of Motion for a Preliminary Injunction. Defendant City of Fort Lauderdale (City) does not oppose this motion. In support of this motion, Plaintiffs state the following.

1.    At the hearing on Plaintiffs' Motion for a Preliminary Injunction held on April 9, 2021, and in an Order issued on April 13, 2021, DE 30, the Court directed the parties to submit supplemental briefing on Plaintiffs' Motion for a Preliminary Injunction, according to the following schedule: Plaintiffs' memorandum was due on April 16; Defendant City's response was due on April 23; and Plaintiffs' reply was to be filed on April 30.

2.    Plaintiff filed their Memorandum on April 16, 2021.

1

3. Defendant City was granted an extension of time of five days and filed their response on April 28. Under the current Order, DE 30, Plaintiffs' reply is due on April 30.

4. Due to commitments on other matters, Plaintiffs' need one full week to file their reply.

5. Plaintiffs are hereby requesting an extension of time **until May 5** to file their reply, so to allow them the entire one-week period to file a reply as set out originally in the Court's scheduling order of April 13, 2021. DE 30.

### Certificate of Conferral

The undersigned counsel certifies that he has conferred with counsel for the City and that the Defendant City has no objection to this motion.

### Conclusion

Plaintiffs respectfully requests the Court to issue an Order granting this motion and permit Plaintiffs to file their reply on or before May 5, 2021.

Respectfully submitted,

Dante P. Trevisani
Florida Bar No. 72912
E-mail: *dtrevisani@floridausticeinstitute.org*
Ray Taseff
Florida Bar No. 352500
E-mail: *rtaseff@floridajusticeinstitute.org*
Florida Justice Institute, Inc.
100 S.E. 2nd Street
3750 Miami Tower
Miami, Florida 33131-2309
305-358-2081
305-358-0910 (Fax)

By:   *s/Ray Taseff*
          Ray Taseff

Mara Shlackman
Florida Bar No. 988618

Email: mara@shlackmanlaw.com
Law Offices of Mara Shlackman, P.L
757 SE 17th Street, PMB 309
Fort Lauderdale, Florida 33316
954-523-1131
954-206-0593 (Fax)

F.J. McLawrence
Florida Bar No. 624527
Email: info@mclawrencelaw.com
The McLawrence Law Firm
633 S. Federal Highway; Ste. 200-B
Fort Lauderdale, Florida 33301
954-318-1376
954-616-0566

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:  /s/ *Ray Taseff*
     Ray Taseff

## SERVICE LIST

Michael Burke
Florida Bar No. 133851
Hudson Gill
Florida Bar No. 15274

3

Johnson, Anselmo, Murdoch, Burke & Piper
2455 E Sunrise Blvd., Ste. 1000
Fort Lauderdale, FL 33304-3113
Office: 954-463-0100
Fax: 954-463-2444
burke@jambg.com
hgill@jambg.com

Attorneys for Defendant