UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Mark Messina & Bernard McDonald,

    Plaintiff(s),

CASE NO: 21-CV-60168

vs.

City of Fort Lauderdale,

    Defendant(s),
_____/

## REPORT OF MEDIATOR

The undersigned, Michael J. Carbo, Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on: 10/07/2021. The results of the Mediation Conference are as follows:

[X] All required parties were present *or*.

[ ] The following required parties were not present: _____

[ ] An agreement was reached.

[ ] A **confidential** settlement agreement was reached.

[ ] No agreement was reached.

[X] The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

[ ] The parties have agreed to continue negotiating with the assistance of the mediator.

[ ] If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.

[ ] Other:_____.

Respectfully Submitted:

*/s/ Michael J. Carbo*

Michael J. Carbo, Esq.
Bar No.: 217697
John W. Salmon, Esq.
Florida Bar Number: 271756
John@sd-adr.com, Martha@sd-adr.com
Salmon & Dulberg Dispute Resolution
1395 Brickell Avenue, Suite 800, Miami, Florida 33131
Telephone: (305) 371-5490

Copies furnished to: All Counsel of Record