UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-60168-ALTMAN/Hunt

**MARK MESSINA,** *et al.*,

    *Plaintiffs*,

v.

**CITY OF FORT LAUDERDALE, FLORIDA**
*a Florida municipal corporation*,

    *Defendant*.

_____/

## AMENDED SCHEDULING ORDER

On June 13, 2022, the Defendant filed an Unopposed Motion to be Excused from a Portion of the Trial Docket [ECF No. 95] (the "Motion"). The Motion is **DENIED AS MOOT** because the Court will reschedule the trial as follows.[1]

**THIS MATTER** is set for trial during the Court's two-week trial calendar beginning on **October 11, 2022**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m.** on **October 4, 2022**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of June 2022.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] The prior scheduling order shall remain in place to the extent not addressed in this Amended Scheduling Order.