UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-60168-ALTMAN/Hunt

**MARK MESSINA,** *et al.*,

    *Plaintiffs*,

v.

**CITY OF FORT LAUDERDALE, FLORIDA**
*a Florida municipal corporation*,

    *Defendant*.
_____/

## ORDER

On October 12, 2022, the Court held a bench trial in this case. *See* Bench Trial Minutes Entry [ECF No. 111]. The Court hereby **ORDERS AND ADJUDGES** that the Clerk shall administratively **CLOSE** this case, without prejudice to the parties, until the Court issues its bench trial order.

**DONE AND ORDERED** in the Southern District of Florida, this 31st day of October 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record